934

No. 105, Misc. JACKSON *v.* GEORGIA. Sup. Ct. Ga.;
No. 219, Misc. TURLEY *v.* MISSOURI. Sup. Ct. Mo.;
and
No. 509, Misc. WETZEL *v.* NORTH CAROLINA. C. A.
4th Cir. Motion of Emory Community Legal Services
Center for leave to file a brief as *amicus curiae* in No.
105, Misc., granted. Petitions for writs of certiorari
denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS,
being of the view that *Coleman* v. *Alabama, ante,* p. 1,
should be retroactive in all cases (see *Desist* v. *United
States,* 394 U. S. 244, 255 (DOUGLAS, J., dissenting)) would
grant the petitions, vacate the judgments, and remand
the cases for reconsideration in light of *Coleman.* MR.
JUSTICE HARLAN would grant the petitions for writs of
certiorari, vacate judgments of the courts below, and
remand cases to those courts for further consideration in
light of his concurring opinion in *Coleman* v. *Alabama,
ante,* p. 19. See *Desist* v. *United States,* 394 U. S. 244,
256 (1969) (HARLAN, J., dissenting). Reported below:
No. 105, Misc., 225 Ga. 39, 165 S. E. 2d 711; and No.
219, Misc., 442 S. W. 2d 75.

No. 603, Misc. SATTERFIELD *v.* UNITED STATES. C. A.
7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of
the opinion that certiorari should be granted. 

No. 878, Misc. GREGG *v.* UNITED STATES. C. A. 7th
Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the
opinion that certiorari should be granted. 

No. 1342, Misc. SARABIA *v.* TEXAS. Ct. Crim. App.
Tex. Certiorari denied. MR. JUSTICE DOUGLAS is of the
opinion that certiorari should be granted.